October 13, 2004

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl St., Rm. 870
New York, New York 10007

Re: Price v *Societe Air France*
    Index No.: CV 06600

Dear Judge Scheindlin:

     Please note that there is pending a Motion for Appearance *Pro Hac Vice* in the referenced case filed by my client, the Plaintiff, requesting that I be allowed to appear on her behalf. I have spoken to opposing counsel who indicates that he has no objection to my appearance. Accordingly, we would ask that you kindly enter an Order allowing for the same. I have enclosed a proposed Order to the extent that it meets with your approval.

                                                     Sincerely,

                                                   A.N. Aaronson, Esq.

ANA/jg
Cc Peter McHugh, Esq.
Steven Donziger, Esq.
enclosures